**Petition for Writ of Mandamus Dismissed and Memorandum Opinion filed February 9, 2023.**



**In The**

# 𝕱𝕺𝖚𝖗𝖙𝖊𝖊𝖓𝖙𝖍 𝕮𝖔𝖚𝖗𝖙 𝖔𝖋 𝕬𝖕𝖕𝖊𝖆𝖑𝖘

**NO. 14-22-00490-CV**

**IN RE DOMINO'S PIZZA LLC, Relator**

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**133rd District Court**
**Harris County, Texas**
**Trial Court Cause No. 2020-76781**

## MEMORANDUM OPINION

On July 7, 2022, relator Domino's Pizza LLC filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Jaclanel McFarland, presiding judge of the 133rd District Court of Harris County, to vacate

her June 21, 2022 order denying relator's motion for protection from certain specified deposition topics.

On August 23, 2022, we abated this original proceeding and ordered the parties to mediate the underlying case. On February 2, 2023, relator filed a motion for voluntary dismissal of this original proceeding because the parties have settled the underlying case. Relator's request for relief is now moot. The motion is GRANTED. We lift our August 23, 2022 abatement and reinstate this original proceeding on the court's docket.

Accordingly, we dismiss relator's petition for writ of mandamus for lack of jurisdiction.


PER CURIAM

Panel consists of Chief Justice Christopher and Justices Wise and Jewell.